UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

BLANCA NERI ARISMENDI,

Defendant.

**INDICTMENT**

26 Cr.

26 CRIM 413

**COUNT ONE**
**(International Parental Kidnapping)**

The Grand Jury charges:

1. From at least on or about August 21, 2024 through the present, in the Southern District of New York and elsewhere, BLANCA NERI ARISMENDI, the defendant, retained a child who has not attained the age of 16 years, who had been in the United States, outside the United States, with the intent to obstruct the lawful exercise of parental rights, as that term is defined in Title 18, United States Code, Section 1204(b), to wit, after removing a then-four-year-old child ("Minor Child-1") from the United States to Bolivia, ARISMENDI retained Minor Child-1 in Bolivia and away from the father of Minor Child-1 (the "Father"), who had lawful parental rights as to Minor Child-1.

(Title 18, United States Code, Section 1204)

**COUNT TWO**
**(International Parental Kidnapping)**

The Grand Jury further charges:

2. From at least on or about August 21, 2024 through the present, in the Southern District of New York and elsewhere, BLANCA NERI ARISMENDI, the defendant, retained a child who has not attained the age of 16 years, who had been in the United States, outside the

United States, with the intent to obstruct the lawful exercise of parental rights, as that term is defined in Title 18, United States Code, Section 1204(b), to wit, after removing a then-one-year-old child ("Minor Child-2") from the United States to Bolivia, ARISMENDI retained Minor Child-2 in Bolivia and away from the Father, who had lawful parental rights as to Minor Child-2.

(Title 18, United States Code, Section 1204)

[redacted]
FOREPERSON
Sept 9, 2026

James M. McDonald
JAMES M. McDONALD
United States Attorney