**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

November 4, 2026

**VIA ECF AND EMAIL**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, N.Y. 10601

**Re:** ***United States v. Blanca Neri Arismendi*, No. 26 Cr. 413 (KMK)**

Dear Judge Karas:

The Government respectfully writes to request that the Court schedule an initial conference in this case. On October 30, 2026, the defendant was arraigned on the Indictment before Judge Krause and released from custody pursuant to an agreed-upon bail package, and the case was assigned to Your Honor. The Government has consulted with Your Honor's Chambers, and understands that the Court is available on Tuesday, November 10, 2026, at 11:30 a.m., for an initial conference in this case, and the parties are available at that time. Accordingly, the Government respectfully requests that the Court set Tuesday, November, 10, 2026, at 11:30 a.m., for a conference in this case.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: /s/
Justin L. Brooke
Isabelle Lelogeais
Assistant United States Attorneys
(212) 637-2319 / (914) 993-1962

Granted.

So Ordered.

11/6/26

CC: Kerry A. Lawrence, Esq. (via ECF and email)